JUDGE DAVID BRIONES

FILED
2010 MAY 26  PM 5:29

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY ___Fm___
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALMANZA-MORALES,<br>also known as (a.k.a.): "Mongol";<br>RICARDO ALBERTO MEDINA,<br>a.k.a.: "Scooby";<br>VICTOR IRVING GOMEZ;<br>ISRAEL SALAS OLIVAREZ; and<br>VICTOR ADAN CHAPARRO,<br>a.k.a.: "Crazy";<br><br>Defendants. | SEALED<br><br>CRIMINAL NO. EP-10-CR-<br><br>INDICTMENT<br><br>CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute;<br>CT 2: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute;;<br>CT 3: 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance. |

EP10CR1482

THE GRAND JURY CHARGES:

COUNT ONE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(ii))

That beginning on or about, April 23, 2009, and continuing through and including on or about January 1, 2010, in the Western District of Texas, and elsewhere, Defendants,

**JOSE ALMANZA-MORALES, a.k.a.: "Mongol"; and
RICARDO ALBERTO MEDINA, a.k.a.: "Scooby";**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

USA v. Jose ALMANZA-MORALES, et. al.
Indictment
Page 2

## COUNT TWO
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(ii))

That beginning on or about, November 6, 2009, and continuing through and including on or about November 11, 2009, in the Western District of Texas, and elsewhere, Defendants,

**VICTOR IRVING GOMEZ;**
**ISRAEL SALAS OLIVAREZ; and**
**VICTOR ADAN CHAPARRO, a.k.a.: "Crazy";**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT THREE
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii))

That beginning on or about November 6, 2009, and continuing through and including on or about November 11, 2009, in the Western District of Texas, and elsewhere, Defendants,

**VICTOR IRVING GOMEZ;**
**ISRAEL SALAS OLIVAREZ; and**
**VICTOR ADAN CHAPARRO, a.k.a.: "Crazy";**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine,

*USA v. Jose ALMANZA-MORALES, et. al.*
Indictment
Page 3

a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(B)(ii).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney